AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**STEVE BAYES,**

        **Plaintiff,**

**v.**

        **JUDGMENT IN A CIVIL CASE**

**SCOTT BELLINGER, et al.,**

        **CASE NO. C2-12-1104**
        **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

        **Defendants.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed January 24, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 24, 2013                        JOHN P. HEHMAN, CLERK

                                           */S/ Andy F. Quisumbing*
                                           (By) Andy F. Quisumbing
                                           Courtroom Deputy Clerk