AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**STEVE BAYES,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-12-1104**
**SCOTT BELLINGER, et al.,**      **JUDGE EDMUND A. SARGUS, JR.**
                                              **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

        **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed January 24, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 24, 2013                          JOHN P. HEHMAN, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk